**CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Jamaine Wilkins #  2021000166

Full Name of Plaintiff        Inmate Number    :

:    Civil No. 1:21-CV-1094

v.    :    (to be filled in by the Clerk's Office)

:

Garry Haidle    :    ( ✓ ) Demand for Jury Trial

Name of Defendant 1    :    (   ) No Jury Trial Demand

:

C/O Rivera    :

Name of Defendant 2    :

:

Nurse Holiet    :

Name of Defendant 3    :

:

Nurse Christine    :

Name of Defendant 4    :

:

PA Catrisse    :

Name of Defendant 5    :

(Print the names of all defendants. If the names of all    :

defendants do not fit in this space, you may attach    :

additional pages. Do not include addresses in this    :

section).    :

**FILED**
**SCRANTON**

JUN 22 2021

PER _____
DEPUTY CLERK

## I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

___✓___ Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

_____ Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388
(1971) (federal defendants)

_____ Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
United States

Cont. PAGE (1)

Nurse Todd
NAMED Defendant #6

Nurse Mills
NAMED Defendant #7

Sgt. Armond
NAMED Defendant #8

II.   **ADDRESSES AND INFORMATION**

   A.   **PLAINTIFF**

   Wilkins   Jamane

   Name (Last, First, MI)

   20210000166

   Inmate Number

   MCCF

   Place of Confinement

   4250 MANOR DRIVE

   Address

   Stroudsburg, Monroe, Pennsylvania 18360

   City, County, State, Zip Code

   Indicate whether you are a prisoner or other confined person as follows:

   ✓   Pretrial detainee

   ___   Civilly committed detainee

   ___   Immigration detainee

   ___   Convicted and sentenced state prisoner

   ___   Convicted and sentenced federal prisoner

   B.   **DEFENDANT(S)**

   Provide the information below for each defendant. Attach additional pages if needed.

   Make sure that the defendant(s) listed below are identical to those contained in the caption.   If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

   Defendant 1:

   Haidle   Garry

   Name (Last, First)

   warden

   Current Job Title

   4250 Manor Drive

   Current Work Address

   Stroudsburg, Monroe, PA 18360

   City, County, State, Zip Code

Defendant 2:

Rivera

Name (Last, First)

C/O

Current Job Title

4250 MANOR DRIVE

Current Work Address

Stroudsburg, Monroe, PA, 18360

City, County, State, Zip Code

Defendant 3:

Hailet

Name (Last, First)

Nurse

Current Job Title

4250 MANOR DRIVE

Current Work Address

Stroudsburg, Monroe, PA 18360

City, County, State, Zip Code

Defendant 4:

Christine

Name (Last, First)

Nurse

Current Job Title

4250 MANOR DRIVE

Current Work Address

Stroudsburg, Monroe, PA 18360

City, County, State, Zip Code

Defendant 5:

Catrisse

Name (Last, First)

P/A

Current Job Title

4250 MANOR DRIVE

Current Work Address

Stroudsburg, Monroe, PA, 18360

City, County, State, Zip Code

Page 3 of 6

Cont. B-II

Defendant 6:

Nurse todd
4250 Manor Drive
Stroudsburg, PA 18360

Defendant 7:
Mills
Nurse
4250 Manor Drive
Stroudsburg, PA 18360

Defendant 8:
Armond
Sgt.
4250 Manor Drive
Stroudsburg, PA 18360

## III.    STATEMENT OF FACTS

State only the facts of your claim below.  Include all the facts you consider important.  Attach additional pages if needed.

A.    Describe where and when the events giving rise to your claim(s) arose.

@ MACF on A-Unit cell #12 on or around June 1 2021

B.    On what date did the events giving rise to your claim(s) occur?

Tuesday June ~~1st~~

C.    What are the facts underlying your claim(s)? (For example:  What happened to you? Who did what?) ' All 2021 ' — APProximately...

On or around June 1st I filed a sick call about a 'large lump on my hip' and I did not get ~~so~~ reply... On the 3rd of June I mentioned to C/o Rivera that my hip was hurting, he called medical and they told him I had to file another sick call... I filed another sick call on Sat June 5th when the nurse Heliot came I complained again and she told me to write another sick call and I wrote another sick call and on June 6th I saw nurse ~~Kristi~~ Christine in medical and when she looked ~~at~~ it, I asked what it is she said MRSA — Methicillian Resistant Staphylococcus Aureus (Bacterium) then Christine took a swab and I placed on male intake (reception) quarintined for 2 days, then on June 9th I was placed on Burnt (and sorg) Isolation quarantine. I was given a medication treatment till I would be quaranteed for 10 days, this MRSA bump ~~test~~ which I had

puss and blood in my underclothes... I saw Catrisse who is the (PA), I never saw a DOCTOR and requested to see a Dr. or taken to the hospital but I was denied... Now (PA) Catrisse gave up a different diagnosis as I got a big ahole in my hip and is trying to cover it up to downgrade it as Staph infection when in all reality is MRSA. On June 16th is when I saw Catrisse and I also asked about my return to general pop because it was only suppose to be 10 days quarenteen, my bed was being held, the my bed on A-unit was given up to another inmate and Catrisse told me because my wound did not heal I could not go back to Gen. Pop.. On June 15th the medication stopped while I still have a hole in my hip from MRSA... I've been seeking a grievance for over 2 weeks, I'm now going to medical for wound care every day since June 16th and I am in a lot of pain. did not come in with MRSA, been confined Since Feb. 24, 2021, should of never caught MRSA and this complaint was filed.. I saw Nurse Wills Weds. June 16th, 17th; Nurse Christine Fri June 18th; and Sat. June 19th I saw Nurse Todd. Today I still have a big hole in my (RIGHT HIP) and I should of never caught MRSA in this facility... And as of this day Sgt. Armond and NCCF has a practice of not submitting grievances so one can redress a grievable cognizable non-frivolous claims. And all this is messing with my mind sychologically because I am being punished (ISO) for catching a bacteria infection due to the uncleatiness, unsanitary, giving used clothes sheets, underclothes upon commitment and overcrouding of this facility, and has failed to instruct on

prevention of infectious diseases and or transmitting diseases by failing to thoroughly clean this jail or before an inmate move in the cell... I asked Nurse todd to take a picture of my wound and I was denied stating: (it has to come for a dr) but as of this day I have get to see a Dr or an disease infection specialist and warden Houle condoning and allowing inmates to receive filthy, soiled, dirty t-shirts, underwear, socks sheets, and mattresses (makes you question what this is or what the Money for new cruck underclothes, clothing, sheets). that they keep giving us the (used) dirty clothing/sheets that is transmitting infectious diseases.. defendants failed to protect me from this disease causing me to have a deep, open, hole in my leg thats painful. SGT Armond still refuses to submit to me a grievance after numerious request

2

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

The defendants (All) has acted undercolor of state law, of a pretrial detanee, acted with deliberate indifference to my medical needs, failed to protect causing me sever mental and physical pain invoking the 8th Amendment of the U.S. constitution - cruel and unusual punishment. Cting denial of medical care and failure to protect...

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

a deep, open, painful wound on my right hip; pain and suffering; and mental anguish caused by defendants

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

1.) for defendants to pay cost and fees associated with this case; (2) I seek money damages in the amount of $10,000 compensatory and $10,000 in punitive damages; (3) order defendants to throw away all the #from each defendant

used clothes (undershirt, t-shirts, underwear, sheets and mattresses) that are open growing bacteria when we is to get new everything upon committment especially with covid-19 and other infection disease spreading throughout this facility. (4.) declare that defendants acted with deliberate indifference to my medical needs (claims) invoking 8th Amendment / denial of adequate medical care and there actions is unconstitutional. (5) I seek compensatory, and punitive damages against each defendant for 8th Amendment violations. (6) order Sgt Armond to immediately submit a grievance he refuses to submit after numerous request/weeks for him to submit, or this matter is thoroughly exhausted with UCCF because they have a policy of not submitting grievances so inmates can grieve cognizable non-frivolous claims. (7) for defendants to immediately take me to the hospital to see a disease (infection) specialist and for this facility to follow the Dr. orders of treatment.

## VII.   SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address.  If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing.  By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

Signature of Plaintiff

Date

Methicillian-Resistant Staphylococcus Aureus:
(MRSA)

Is several variation of bacterium I caught @ ucce resulting in infection, a bump that first resulting in a big painful hole on my right hip to my body by either through direct contact with infected individuals or through direct contact with material that have been exposed to the bacteria (i.e. used clothes given upon placement @ ucce (socks, towels, t-shirt, underclothes, sheets) sharing these same clothes with infected inmates (because we are not given used new clothes, all used) and ucce has an illegal practice of superspreading infectious diseases. ucce has an illegal practice of not thoroughly cleaning cells before placement in the cell or allowing one to clean mattresses, and some mattresses are ripped open, water soaks it, bacteria builds, and not thoroughly cleaning the unit (Phones, chairs, remotes, door handles, showers, railings) resulting in unsanitary conditions and with the overcrowdation (was exposed to MRSA, not thoroughly treated to my serious medical needs citing 8th Amend. deliberate indifference/failure to protect). Exposure to MRSA is a serious medical need Lopez v. NCGRATH, 2007 WL 1577893, *5 (N.D, CAL. May 31, 2007)

Also see case law @ Muchesv. County of Bucks, 455 F.3d 418, 42f (3d. Cir. 2006); Bogue v. City of Philadelphia, 2007 WL 219651, *6 (E.D. PA JAN. 25, 2007)

are: (.

— I DID [illegible] facility @ MCCF, the directors. Failed to notify of MRSA outbreaks, and the gross inadequate medical treatment, failure to keep the blocks, showers, cells cleaned and unsanitary conditions of not throwing out old soiled open mats ("that's building bacteria"), giving us used and soiled/dirty clothing and haven't given out new clothes since 1994 (AND MAKES ME QUESTION WHAT [illegible] AND THIS FACILITY DOES WITH THIS MONEY SPREAD DISEASE WITH THESE USE/DIRTY [illegible] CLOTHES/TOWELS...) and failure to instruct inmates on prevention of infectious diseases (as there's also a covid-19 outbreak in this facility) and this deliberate indifference to the risk of transmitting the disease in this facility from one to another. I was infected and state an 8th Amend claim and the evidence will reflect how I caught MRSA and the pain, suffering and mental anguish of now medical want to downplay the original diagnosis..

Cuoco v. Moritsugu, 222 F.3d 99, 106-07 2d Cir. 2000 — holding that pretrial detainees medical care claims invoke the 8th Amendment deliberate indifference

adequate and accurate record keeping is critical, and absent or deficient records create 'the possibility of disaster.'

destruction or tampering with medical records unconstitutional

this jail and prison officials have an obligation to protect prisoners from the risk of infectious diseases (and did not protect me because I caught MRSA they trying to downplay as a Staph infection but this jail is so dirty and the fail to medically screen inmates here @ MCCF and why so many diseases are spreaded...)

I was contagious allegedly by placing me house alone /rec alone, if it was just a staph infection it would not warranted quarantining. Now you downplay it from MRSA to staph infection so I was treated wrongly your saying...? It's still STAPHYLOCOCCUS AUREUS BACTERIUM (caught here, because I did not come in this jail with it so you failed to protect me from catching this bacteria the evidence is clear...

they are failing to submit a grievance because you got a claim w/ preliminary injunction for this (...

throw
Place to throw away all these old as used
clothes and provide all new shit (sheets, socks,
underclothes, towels etc...)

- tell medical (By Request) you want a photo
of your staphylococcus aureus bacterium
you caught on your body, and write down
everybody name involved including PA, nurses,
dr. etc. citing gross inadequate treatment,
failure to protect and 8th Amendment deliberate
indifference claims. Pain and suffering and
mental anguish by punishing you, not putting
you back on the unit by giving my bed up in
this overcrowded jail; now resulting in malpractice
because I'm wrongly diagnosed and can
prove it— which required an expert
analysis

- Need to take photos of (Staph) (Staph Inf.)
by request slip...

        you got a claim bro...

        pursue it...

- MONDAY have pink request have S/o
call Sgt. Armond about grievances
request (twice) 2 times...

                    2

Jamaine Wilkins # 20210000166
NCCF
4250 Manor drive MCCf
Stroudsburg Pa 18360



RECEIVED
SCRANTON

JUN 22 2021

PER _____
DEPUTY CLERK

office of the Clerk
United States District Court
Middle District of PA
235 N. WASHington Avenue
P.O. Box 1148
Scranton, PA 18501 - 1148